J. CLARENCE ALLEN, *ET AL.*, PLAINTIFFS-PETITIONERS,
v. THE BOARD OF ADJUSTMENT OF THE BOROUGH OF
SEA GIRT, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Messrs. Carton, Nary, Witt & Arvanitis* for the petitioners.

*Mr. D. Joseph DeVito* for the respondents.

January 17, 1967. Denied.

ANNA DEY, PETITIONER-RESPONDENT, v.
DAVID KAHN, INC., RESPONDENT-PETITIONER.

See same case below: 92 *N. J. Super.* 250.

*Mr. Stuart B. Rounds* for the petitioner.

*Messrs. Florio, Dunn, Marciano & Lypinski* for the respondent.

January 17, 1967. Denied.

ROBERT BRINDLE, PLAINTIFF-RESPONDENT, v. VERSON
ALL STEEL PRESS CO., DEFENDANT-PETITIONER
AND WEHRHEIM MACHINERY CO., DEFENDANT.

*Messrs. Mead, Gleeson, Hansen & Pantages* and *Mr. Daniel
K. Van Dorn* for the petitioner.

*Mr. William R. Morris* for the respondent.

January 31, 1967. Denied.